

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00050-CV

**DENNIS HELBERT, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATES OF U.V. HELBERT AND NORMA IRENE HELBERT, AND AS TRUSTEE OF THE TRUST CREATED FOR THE BENEFIT OF GARY HELBERT BY THE LAST WILL AND TESTAMENTS OF U.V. HELBERT AND IRENE HELBERT, APPELLANT**

V.

**GARY HELBERT, APPELLEE**

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B36605-0904, Honorable Edward Lee Self, Presiding

December 23, 2014

## ON MOTION TO DISMISS

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On July 31, 2014, the parties to the above-identified appeal filed an agreed motion to abate the appeal, which indicated that the parties had reached a tentative settlement of their claims but required a final accounting of the estate to effectuate the settlement. This Court granted that motion. *See Helbert v. Helbert*, No. 07-14-00050-CV, 2014 Tex. App. LEXIS 8759 (Tex. App.—Amarillo Aug. 11, 2014) (per curiam).

On December 12, 2014, appellant, Dennis Helbert, filed a motion to dismiss his appeal indicating that the parties have settled all claims in controversy. No decision of this Court having been delivered to date, we grant the motion. Accordingly, appellant's appeal is dismissed. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1). Appellant's motion requests that costs be taxed against appellant. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(d). If dismissal will prevent appellee, Gary Helbert, from seeking relief to which he would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice